DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SUE PECK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>   *Plaintiff,*<br><br> v.<br><br>SUE PECK,<br><br>   *Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 6:10-mj-00192 MJS<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING DATE; ORDER<br><br>Date:  January 18, 2011<br>Time:  10:00 a.m.<br>Judge: Hon. Michael J. Seng |
|---|---|---|

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that **the status conference hearing in the above-captioned matter now set for December 7, 2010, may be continued to January 18, 2011, at 10:00 a.m.**

  This continuance is requested by counsel for Defendant to allow the parties additional time for plea negotiation prior to the hearing.  The requested continuance will conserve time and resources for the

///
///
///
///
///
///
///

1  parties and the Court.  Susan St. Vincent, has no objection to this request.

DATED: December 3, 2010                    By: /s/ Susan St. Vincent
                                                                     SUSAN ST. VINCENT
                                                                     Paralegal Specialist, YNP
                                                                     National Park Service

                                                                     DANIEL J. BRODERICK
                                                                     Federal Defender

DATED: December 3, 2010                    By: /s/ Francine Zepeda
                                                                     FRANCINE ZEPEDA
                                                                     Assistant Federal Defender
                                                                     Attorney for Defendant
                                                                     Sue Peck

* * * ORDER * * *

IT IS SO ORDERED.

Dated:   December 5, 2010              /s/ *Michael J. Seng*
                                                  UNITED STATES MAGISTRATE JUDGE