1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  FRANCINE ZEPEDA, Bar # 091175
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  SUE ELLEN PECK

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )   No. 6:10-mj-00192 MJS
                                      )
12            Plaintiff,              )   WAIVER OF DEFENDANT'S PERSONAL
                                      )   PRESENCE; ORDER THEREON
13       v.                           )
                                      )
14 SUE ELLEN PECK,                    )
                                      )
15            Defendant.              )   Hon. Michael J. Seng
                                      )
16 _____    )

17

18       The undersigned defendant, SUE ELLEN PECK, having been advised of her right to be present in

19 person in open court upon the hearing of any motion or other pre-trial proceeding in this cause, including

20 but not limited to, change of plea hearing, status conference, and/or when a continuance is ordered, hereby

21 waives the right to be present at said hearings.  She requests the court to allow her attorney to make such

22 appearances on her behalf and to request the Court hear her change of plea and set the matter for

23 sentencing, including such hearings as may be appropriate at a time mutually convenient to the Court and

24 counsel.  Defendant further hereby requests the Court to proceed during every absence of hers which the

25 Court may permit pursuant to this waiver; agrees that her interests will be deemed represented at all times

26 by the presence of her attorney, the same as if defendant were personally present.

27 ///

28 ///

Defendant makes this request as she travels for her employment and is living in the Wyoming area at this time. Due to the time, distance and expense involved, travel to Yosemite for court appearances would be both a financial and personal hardship. Consequently, Defendant wishes to limit the number of personal court appearances, thereby minimizing the time and expense of travel to Yosemite. Defendant fully intends to appear in Court at the time of sentencing.

This request is made pursuant to Fed.R.Crim.P. 43(b)(3).

DATED: March 7, 2011

    /s/ Sue Ellen Peck
SUE ELLEN PECK
Defendant

DATED: March 14, 2011

    /s/ Francine Zepeda
FRANCINE ZEPEDA
Assistant Federal Defender
Attorney for Defendant

# O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at all pretrial proceedings, including the hearing at which the change of plea is entered. Defendant is to appear at such proceeding telephonically.

IT IS SO ORDERED.

Dated:   March 14, 2011      /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

Waiver of Defendant's Personal Presence;
[Proposed] Order Thereon    2