| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424<br>Federal Defender |
| 2 | FRANCINE ZEPEDA, Bar #091175<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant<br>SUE ELLEN PECK |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 6:10-mj-0192 MJS |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| v. | ) | SENTENCING HEARING; ORDER |
| | ) | |
| SUE ELLEN PECK, | ) | DATE: June 29, 2011 |
| | ) | TIME: 10:00 a.m. |
| Defendant. | ) | JUDGE: Michael J. Seng |
| | ) | |

   **IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that the sentencing date presently scheduled for June 7, 2011 in the above-captioned matter may be vacated **and re-scheduled for June 29, 2011, at 10:00 a.m.**

   The reason for the continuance is that counsel for Ms. Peck is unavailable on June 7, 2011, and the next available date for her to appear in the Yosemite Court is the date requested. For continuity of counsel, defendant would ask that the Court grant this request.

///

///

///

///

///

|   |   |
|---|---|
|   | NATIONAL PARK SERVICE<br>Law Enforcement Office |
| DATED: May 27, 2011 | By: /s/ Susan St. Vincent<br>　　　SUSAN ST. VINCENT |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: May 27, 2011 | By: /s/ Francine Zepeda<br>　　　FRANCINE ZEPEDA<br>　　　Assistant Federal Defender<br>　　　Attorney for Defendant<br>　　　SUE ELLEN PECK |

# **O R D E R**

**IT IS SO ORDERED**. The sentencing hearing set for June 7, 2011, is hereby vacated and the matter is now set for June 29, 2011, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   May 31, 2011          /s/ *Michael J. Seng*
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

PECK: Stipulation to Continue
Sentencing Hearing                                2