| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | FRANCINE ZEPEDA, Bar #091175 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226 |
| | Telephone: (559) 487-5561 |

Attorney for Defendant
SUE ELLEN PECK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  6:10-mj-0192 MJS |
|             *Plaintiff,* ) | |
|                             ) | STIPULATION TO CONTINUE |
|     v. ) | SENTENCE REVIEW HEARING; ORDER |
|                             ) | |
| SUE ELLEN PECK, ) | DATE:  March 20, 2012 |
|                             ) | TIME:  10:00 a.m. |
|             *Defendant.* ) | JUDGE:  Michael J. Seng |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that the sentencing review hearing date presently scheduled for March 6, 2012 in the above-entitled matter may be vacated **and re-scheduled for March 20, 2012, at 10:00 a.m.**

       The reason for the continuance is that counsel for defendant, Francine Zepeda, is unable to appear on that date due to her appearance in the U.S. Magistrate Court, Bakersfield on the first Tuesday of each month, including March 6, 2012.  Ms. Zepeda is the counsel for Ms. Peck and it is necessary that she be available to appear at the hearing scheduled for review of the sentence.

///

///

///

///

|   |   |   |
|---|---|---|
|   |   | NATIONAL PARK SERVICE<br>Law Enforcement Office |
| DATED: February 15, 2012 | By: | /s/ Rachel Cartier<br>RACHEL CARTIER |
|   |   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: February 15, 2012 | By: | /s/ Francine Zepeda<br>FRANCINE ZEPEDA<br>Assistant Federal Defender<br>Attorney for Defendant<br>SUE ELLEN PECK |

# O R D E R

**IT IS SO ORDERED**.  The sentencing review hearing set for March 6, 2012, is hereby vacated and the matter is now set for March 20, 2012 at 10:00 a.m.


IT IS SO ORDERED.

Dated:   February 16, 2012           /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE