| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424<br>Federal Defender |
| 2 | FRANCINE ZEPEDA, Bar #091175<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226<br>Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant<br>SUE ELLEN PECK |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 6:10-mj-00192 MJS |
| *Plaintiff,* | ) | WAIVER OF APPEARANCE |
| v. | ) | |
| SUE ELLEN PECK, | ) | Date:  March 6, 2012<br>Time:  10:00 a.m.<br>Judge:  Michael J. Seng |
| *Defendant.* | ) | |

**WAIVER OF APPEARANCE**

Ms. Peck currently resides in Hesperia, California, but expects to be transferred out of state for her employment prior to the next court date. It would be a personal hardship for her to be present at court in Yosemite. Pursuant to F. R. Crim. P. 43(b)(2) and (4), Defendant, Sue Ellen Peck, having been advised of her right to be present at all stages of the proceedings, hereby waives her right to be present in person in open court for the sentencing review hearing to be held in this case. Defendant agrees that her interests shall be represented at all times by the presence of her attorney, the Office of the Federal Defender, the same as if Defendant were personally present.  Ms. Peck requests the court to allow her attorney to represent her interests in court on such dates, defendant having specifically given said attorney prior verbal authorization to make such appearance on her behalf.  Ms. Peck further hereby requests the court to proceed during every absence which the court may permit pursuant to this waiver, and allow her attorney-

in-fact to represent her interests at all times.  This request is made pursuant to Fed.R.Crim.P. 43(b)(2).

Additionally, Ms. Peck waives the right to be personally present at the sentencing review hearing, and requests that review hearing be conducted in her absence.

DATED:   February 17, 2012

                                                s/ *Sue Ellen Peck*  
                                                SUE ELLEN PECK, Defendant

I agree and consent to my client's waiver of appearance.

DATED:  February 17, 2012

                                                /s/ *Francine Zepeda*  
                                                FRANCINE ZEPEDA  
                                                Assistant Federal Defender  
                                                Office of the Federal Defender  
                                                Attorney for Defendant  
                                                SUE ELLEN PECK

# O R D E R

GOOD CAUSE APPEARING, **IT IS SO ORDERED**.  Defendant's appearance may be waived at any and all proceedings until further order, and that Defendant's sentencing review hearing may proceed in Defendant's absence.

IT IS SO ORDERED.

Dated:   February 29, 2012             /s/ *Michael J. Seng*  
                                           UNITED STATES MAGISTRATE JUDGE