# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**SUE PECK** | ***AMENDED***<br>**JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **6:10MJ00192-001**<br><br>Francine Zepeda<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]   pleaded guilty to count: 36 CFR 4.23 (a)(2), Operating a Motor Vehicle with BAC Greater than .08% .
[ ]   pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ]   was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Citation Number(s) |
|---|---|---|---|
| 36 CFR 4.23 (a)(2) | Operating a Motor Vehicle with BAC Greater than .08% | 10/02/2010 | 1852924 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[ ]   Count(s) ___ (is)(are) dismissed on the motion of the United States.

[ ]   Indictment is to be dismissed by District Court on motion of the United States.

[X]   Appeal rights given.          []   Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

03/20/2012
Date of Imposition of Judgment

/s/ Michael J. Seng
Signature of Judicial Officer

**Michael J. Seng**, United States Magistrate Judge
Name & Title of Judicial Officer
03/20/2012
Date

# SPECIAL CONDITIONS OF SUPERVISION

Remainder of Probation Term shall be Unsupervised with the following conditions:

1. The defendant may be required to participate in a program of testing (i.e. breath, urine, sweat patch, etc.) to determine if she has reverted to the use of drugs or alcohol.

2. The defendant shall continue alcohol counseling twice a week as previously ordered.

3. The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.

4. The defendant shall complete an approved Colorado online driving course and file proof with Court.

5. Defendant shall file written reports on the tenth (10th) of the month using the U.S. Probation Office approved report form. The report shall confirm her attendance at alcohol counseling and compliance with all conditions of probation.