JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SUE ELLEN PECK

IN THE UNITED STATES MAGISTRATE COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA,

YOSEMITE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 6:10-mj-000192 MJS |
| *Plaintiff,* | PETITION FOR EARLY TERMINATION OF PROBATION; PROPOSED ORDER |
| v. | |
| SUE ELLEN PECK, | |
| *Defendant.* | |

Defendant, SUE ELLEN PECK, through her attorney, Assistant Federal Defender, Francine Zepeda, hereby petitions this Court for early termination of her term of probation.

**PROCEDURAL BACKGROUND**

On March 16, 2011, the defendant entered a guilty plea to one count of operating a motor vehicle with a BAC greater than .08%,  in violation of 36 C.F.R. § 4.23 (a)(1). On June 29, 2011, the defendant was sentenced to 60 days in the Bureau of Prisons, 24 month term of probation, and ordered to pay a total of $10 in special assessments.

**The Law**

Title 18, U.S.C. § 3564 (c) provides in relevant part:

> The court may, after considering the factors set forth in section 3553 (a, to the extent that they are applicable, may, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, terminate

a term of probation previously order and discharge the defendant at any time in the case of a misdemeanor...if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice. . . (emphasis added

Some of the factors that the Court must consider are the nature and circumstances of the offense, the characteristics of the defendant, deterrence, protection of the public, and whether rehabilitation or corrective training is needed.  At this time there is no need for continued probation.

### **FACTUAL BASIS SUPPORTING PETITION**

Since her start of probation, Ms. Peck has completed all the terms and conditions.  She has paid the fines imposed by the Court, completed a term of incarceration, completed the requisite DUI course and has and is continuing to attend weekly AA meetings.  Ms. Peck sends to the Court a monthly supervision report.  During the over one and a half years Ms. Peck has been on probation, she has performed well.  She has maintained steady, gainful employment and abided by those terms imposed by the Court.

At the present time, Ms. Peck has been offered an employment opportunity which will allow her to travel less, have a better income and improve her situation.  For this position, she cannot be on probation.  There are only four months remaining on her term of probation.  Ms. Peck has demonstrated that she has successfully completed the requirements of her probation and should be allowed to terminate her probation early.

### **CONCLUSION**

Based on the foregoing, Ms. Peck respectfully requests that this Court grant her petition for early termination of probation.  There is no need for continued supervision by the probation office.  Her term of supervised release should be terminated.

Dated: March 5, 2013        Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

/s/ Francine Zepeda
FRANCINE ZEPEDA
Assistant Federal Defender
Attorney for Defendant
SUE ELLEN PECK

///

///

# O R D E R

For good cause shown and the United States having filed a notice of non-opposition, the above motion is granted. **IT IS HEREBY ORDERED** that Defendant's 24 month probation ordered on June 29, 2011, shall be terminated immediately.

IT IS SO ORDERED.

Dated:   March 8, 2013                         /s/ *Michael J. Seng*
                                               UNITED STATES MAGISTRATE JUDGE